Case 2:14-cr-00017-HGB-DEK Document 1 Filed 01/27/14 Page 1 of 4

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2014 JAN 27 AM 11: 43

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILL OF INFORMATION FOR
<u>EMBEZZLEMENT OF LABOR UNION ASSETS</u>



**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-017 |
| v. | * | SECTION: SECT. C MAG. 3 |
| ANDREA HOBGOOD | * | VIOLATION: 29 U.S.C. § 501(c) |
| | * * * | |

The United States Attorney charges that:

<u>COUNT 1</u>

From in or about September 2008 until in or about March 2012, in the Eastern District of Louisiana, the defendant, **ANDREA HOBGOOD**, while being a person employed, directly and indirectly, by Local Union No. 58 of the International Association of Bridge, Structural, Ornamental, and Reinforcing Iron Workers, a labor organization engaged in an industry affecting commerce and subject to the Labor-Management Reporting and Disclosure Act of 1959, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys,

___Fee _USA_
___Process_____
_x_ Dktd _____
___CtRmDep____
___Doc. No._____

funds, securities, property, and other assets of said labor organization, in violation of Title 29, United States Code, Section 501(c).

## **NOTICE OF FORFEITURE**

1. The allegations of Count 1 of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

2. As a result of the offense alleged in Count 1, defendant, **ANDREA HOBGOOD**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c), any and all property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 29, United States Code, Section 501(c).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

_____
Chandra Menon
Assistant United States Attorney


New Orleans, Louisiana
January 27, 2014

No. _____

# United States District Court
## FOR THE
EASTERN  DISTRICT OF  LOUISIANA

UNITED STATES OF AMERICA

vs.

ANDREA HOBGOOD

BILL OF INFORMATION FOR
EMBEZZLEMENT OF LABOR UNION ASSETS

Violation(s):  29 U.S.C. § 501(c)

Filed _____, 20 14 _____, Clerk.

By _____, Deputy

CHANDRA MENON
Assistant United States Attorney